**Marshall Meyers (020584)**
**WEISBERG & MEYERS, LLC**
**5025 North Central Ave., #602**
**Phoenix, AZ 85012**
**602 445 9819**
**866 565 1327 facsimile**
**mmeyers@AttorneysForConsumers.com**
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **EVELYN CASTAS**, | ) Case No. 2:08-cv-01986-MHB |
| | ) |
| Plaintiff, | ) **NOTICE OF DISMISSAL WITH PREJUDICE** |
| vs. | ) |
| | ) |
| **ALLIED INTERSTATE, INC.** | ) |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Arizona, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

**RESPECTFULLY SUBMITTED** this 26th day of March, 2009.

        By:<u>s/Marshall Meyers</u>
        **Marshall Meyers**
        **WEISBERG & MEYERS, LLC**
        **5025 North Central Ave., #602**
        **Phoenix, AZ 85012**
        **602 445 9819**
        **866 565 1327 facsimile**
        **mmeyers@AttorneysForConsumers.com**
        **Attorney for Plaintiff**

1  Filed electronically on this 26th day of March, 2009, with:

2  United States District Court CM/ECF system
3
4
5  By: s/Tremain Davis
        Tremain Davis
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28