1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8

9   Evelyn Castas,                    )     CIV-08-1986-PHX-MHB
                                       )
10              Plaintiff,             )     **ORDER**
                                       )
11  vs.                               )
                                       )
12  Allied Interstate, Inc.,          )
                                       )
13              Defendant.            )
    _____)

14

15          Plaintiff having filed a notice of voluntary dismissal with prejudice (Doc. #7),

16          **IT IS ORDERED** that this matter is dismissed with prejudice.  The Clerk of the Court

17  shall send a copy of this Order to Defendant at the following address: CT Corporation

    System, 2394 E. Camelback Road, Phoenix, AZ 85012.

18          DATED this 27th day of March, 2009.

19

20

21                                      Michelle H. Burns
                                        United States Magistrate Judge
22

23

24

25

26

27

28